UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RICHARD PARHAM,<br><br>                    Defendant. | No.  CR-09-0106-EFS<br><br>**ORDER DECLARING THE PRELIMINARY ORDER OF FORFEITURE FINAL** |

     Before the Court is the U.S. Attorney's Office's (USAO) Motion for Order Declaring the Preliminary Order of Forfeiture Final, ECF No. 82.  On July 16, 2010, the Court entered the Preliminary Order of Forfeiture in accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following assets to the United States, subject to the provisions of 18 U.S.C. § 2253:

     (a) HP Pavilion Desktop Computer, serial number CNH6441TCH4;

     (b) Seagate 250 GB Hard Drive, serial number 5QE1M597;

     (c) Sony Laptop Computer, serial number C300CEQG;

     (d) Western Digital 120 GB Notebook Hard Drive, serial number
          WXE806617418;

     (e) Sony Desktop Computer, serial number A80232732A 0358304;

     (f) Maxtor 40 GB Hard Drive, serial number 3KW3VYR2;

     (g) Maxtor 60 GB Hard Drive, serial number 373116822269; and

ORDER OF FORFEITURE- 1

(h) Western Digital 120 GB External Hard Drive, serial number WMAL93135374.

ECF No. 59.  The property is in the custody of the United States, and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the preliminary order.  The time for filing petitions for said assets, as provided in Fed. R. Crim. P. 32.2(c), Rule G(5) and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, has expired, and no petitions or claims for said assets were filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The USAO's Motion for Order Declaring the Preliminary Order of Forfeiture Final, **ECF No. 82**, is **GRANTED**.

2. The Court's July 16, 2010, Preliminary Order of Forfeiture, ECF No. 59, is final as to the Defendant and as to any and all other persons or entities; and the assets are hereby forfeited to the United States.

3. The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   22nd   day of January 2014.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2009\0106.final.forf.lc2.docx
ORDER OF FORFEITURE- 2